UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

FRANK KRACHER,

               Plaintiff,                            STIPULATION OF
                                                                         DISCONTINUANCE

    -v-

LIFE INSURANCE COMPANY OF NORTH            Case #5:10-cv-00550 (FJS/GHL)
AMERICA; GRANITE BROADCASTING, INC.;
and GRANITE BROADCASTING INC. LONG
TERM DISABILITY INCOME PLAN,

               Defendants.
-----------------------------------------------------------------

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their counsel, that the above-captioned action against Defendant be dismissed, with prejudice. Each side will pay its own costs and fees.

Dated: February 4, 2011

| /s Ross P. Andrews | /s Emily A. Hayes |
|---|---|
| Ross P. Andrews, Esq. | Emily A. Hayes, Esq. |
| Bar Roll No.: 506874 | Bar Roll No.: 513263 |
| SATTER & ANDREWS, LLP | WILSON ELSER, LLP |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 217 S. Salina Street | 3 Gannett Drive |
| Syracuse, New York 13202 | White Plains, New York 10604 |
| Tel.: (315) 471-0405 | Tel.: (914) 323-7000 |
| Fax.: (315) 471-7849 | Fax.: (914) 323-7001 |

SO ORDERED,

*[signature]*

Hon. Frederick J. Scullin, Sr. U.S.D.J.

2/9/11